# EXHIBIT A

Letters on behalf of Carlos Sinesterra Penalosa*

\* Letters are in Spanish - unofficial summary translations behind each of the 10 letters in order to assist the Court.

Buenaventura, 21 de Febrero de 2017

Honorable,
**Juez: JUDGE WILLIAM P. DIMITROULEAS**
Estados Unidos de América (USA)

Mi nombre es María Luz Peñaloza Cerquera, identificada con la cedula de ciudadanía número 28.603.915 de Armero Tolima;   soy madre del Señor Carlos Alberto Sinisterra Peñaloza y por medio de esta carta quiero manifestarle la angustia y la impotencia que siento al no tener a mi único hijo varón a mi lado, el cual es mi orgullo, mi apoyo, mi vida, aunque sé que está vivo su ausencia me tiene mi corazón dolido, al no poderlo ver, tocar, sentir su abrazo y su beso tierno cada vez que me visitaba.

Desde los 16 años estudiaba y trabajaba, aportando desde ese momento la ayuda económica al hogar, era el que estaba pendiente de mi salud, mi alimentación, de cada una de mis necesidades; viene de una familia humilde, honrada, trabajadora y temerosos de Dios.  ,

Le pido a Dios que le dé a usted señor Juez, la sabiduría para que le otorgue un juicio justo; soy una mujer diabética, y desde la partida de mi hijo mi salud ha quebrantado aún más, todas las noches de rodillas le oro a Dios pidiéndole que me lo regrese pronto; por lo tanto Honorable juez le suplico que tenga compasión de esta pobre madre que sufre y llora cada día por su hijo dándole una segunda oportunidad.

Señor Juez que Dios lo bendiga y cada día respalde sus decisiones.

Cordialmente,

*MZ Luz Peñaloza C*
**MARIA LUZ PEÑALOZA**
C.C 28.603.915
Cel. 3168299746

February 21, 2017

Judge William P. Dimitrouleas

My name is Maria Luz Peñaloza Cerquera, with identification card number 28.603.915. I am mother of

Carlos Alberto Sinisterra Peñaloza and by means of this letter, I want to express the anguish and the

important I feel not to have my only son by my side, which is my pride, my support, my life. My heart

hurt his absence, since I can't see him, touch him , feel its embrace and his tender Kiss .

From the age of 16 he studied and worked, providing support to the house, his aware of my health,

each every of my needs; he comes from a humble family, honest, hard-working and God-fearing.

I ask God to give you, the wisdom and give him a fair trial; I am a diabetic, and my health has broken

even since the departure of my son, I pray to God every night that he give me back my son. Therefore

judge I beg you to have compassion for this poor mother who suffers and cries every day for her son

please giving a second chance.

Judge may God bless you and every day support your decisions.

Cordially,

Maria Luz Peñalosa

Santiago de Cali, Febrero 2017.

Dr.
   William P. Dimitrouleas
Honorable Juez.

Cordial saludo.

Mi nombre es Florencia Ospina Medina
identificada con la cédula de ciudadanía
66.984.182 de profesión abogada, soy
la esposa o madre de Flos
hijos de Carlos Alberto Siniterra.

Señor Juez escribo esta carta
respecto a usted le dé una segunda
oportunidad a mi esposo, él ha
sido un padre ejemplar, trabajador
y responsable, además un esposo
como pocos.

Señor Juez nosotros hemos trabajado
muy duro para sacar nuestros hijos
adelante, Terry, Linda, Felipe y
Matías, este ultimo un bebe, aún.
Pero mi en un pais como el mio,
nuestra la crianza sola de 4 hijos
es bastante pesada, o dura, por
esto ruego le usted le dé una
nueva oportunidad.

Señor Juez yo realizo actividad
jurídica en un hospital de un sector
muy deprimido de nuestra ciudad
o mis labores de trabajo son experi-
mente largas, mi esposo es
conocido como un hombre trabajador
si se sabria sabemos que actúa
de forma incorrecta pero usted
debe saber jamas nunca ha hecho
antes nada ilegal y si le da una
nueva oportunidad nunca escuchara
su nombre en una corte.

②

Honorable Judge William Dimitrouleas:

My name is Yormency Ospina Medina, identify with certificate of citizenship number 66987182.
I am the spouse and mother of Carlos Alberto Sinisterra children.

Honorable Judge I write this letter begging you that you give my husband a second opportunity
my spouse has been a amazing dad, good-natured and responsible also a good husband.

Honorable Judge we have worked very hard to bring our children along Terry, Linda, Felipe and
Matias, the last one is just a baby. My situation in a country like this, raising four children alone
is quite heavy, I ask you to please consider my situation I begged you to please give him another
opportunity.

Honorable Judge, I work in a hospital in a very depressed area of our city and my work hours are
very long. My spouse is known to be a honest man and responsible with his work. If you give
him another opportunity you will never listen his name in a court room.

Honorable Judge Carlos Alberto does not consume liquor or cigarette or drugs. He has never
hurt me or our our children. I ask you for another opportunity.

Judge my spouse has been for our children our main support. Please give my husband a second
change.

Yormency Ospina M

Buenaventura, 21 de Febrero de 2017

Honorable
**Juez:  JUDGE WILLIAM P. DIMITROULEAS**
Estados Unidos de América (USA)

Mi nombre es Lorena Sinisterra Peñaloza, identificada con el número de cedula 29.227.118 de la ciudad de Buenaventura; por medio de la presente deseo manifestar a usted el dolor que siento al no tener a mi hermano cerca de nosotros; para mí, él es ese apoyo incondicional, esa voz de aliento en los días malos, es un ser generoso, bondadoso, humanitario, no es rencoroso, echado para adelante, los obstáculos los convierte en oportunidades, Dios es su principal guía, es un hijo ejemplar, un excelente padre, un esposo responsable, y un hermano inigualable.

Colombia es un país lindo, hermoso; yo amo a mi patria, por sus biodiversidades, pero lastimosamente las personas que el país elige para gobernarnos, son seres que solo piensan en el bienestar propio, son marionetas manejadas por un monopolio donde el rico se hace más rico y al pobre se le hace más pobre; donde a las personas que tienen un talento no se les explora, no se les moldea ni les dan una oportunidad de demostrar las habilidades que tienen, donde si no tienes un padrino para ocupar un cargo en cualquier empresa tus conocimientos no valen; donde tus años de estudios, de esfuerzo por conseguir un cartón para poder ser un profesional se queda en el salario de un mínimo, por que para este país eso cuesta tus conocimientos. Un salario mínimo ($737.717) en un país donde cada año la canasta familiar sube el triple, donde en vez de quitar impuestos los aumentan, donde da miedo enfermarse porque la salud es pésima. Honorable Juez Judge, por eso en este país hay personas que hacen cosas que no deben hacer, porque es la única oportunidad que se les brindan para poder darles un mejor bienestar a sus familias, de ellos hacer sus sueños realidad, y es la única forma en que en esta sociedad se les conozca, porque si no nadie sabría que existen.

Yo sé, y mi hermano también tiene conciencia de la gravedad de la situación,  por lo tanto Honorable Juez, le suplico que le conceda otra oportunidad, tenga misericordia de él; le ruego a Dios que le de sabiduría a usted para la toma de esta decisión.

Que Dios le bendiga y cada día le respalde.

Cordialmente,

**LORENA SINISTERRA PEÑALOZA**
C.C. 29.227.118
Cel. 317 283 2671
Buenaventura – Valle del Cauca – Colombia.

3

Honorable Judge William Dimitrouleas:

My name is Lorena Sinisterra Peñaloza, identified with identification number 29.277.118 of the city of Buenaventura. Through this letter I will like to express to you the pain I feel by not having my brother close to us; for me, he is my support, my unconditional support, the voice of reason on bad days, he is generous, kindly, humanitarian, his not spiteful, he is an amazing son, an excellent parent, a responsible spouse, and a unique brother. Colombia is a beautiful country that I love, but unfortunately the people that the country choose to govern ourselves, only think of themselves they're puppets managed by a monopoly where the rich becomes more rich and the poor more poor; where as people who have a talent cannot express them, the government don't give them an opportunity to demonstrate the skills that they have, where if you don't have a godfather to a position in any company your knowledge is not valid; where your years of studies, effort to get a Diploma to be a professional to earn a minimum salary minimum of (737.717) in a country where every year the family upload to tripe, where instead of removing tax the government increases them, where fear getting sick because health is dreadful. Honorable Judge because of this, people make things that not must do, because is it the only opportunity they have to provide for better welfare to their families. In other to make their dreams reality they choose to do stuff that is not correct.

I know that my brother also has awareness of the gravity of the situation, therefore honorable judge you I beg that you grant my brother another opportunity.

Lorena Sinisterra Penaloza

Buenaventura, 21 de Febrero de 2017


Honorable,
**Juez: JUDGE WILLIAM P. DIMITROULEAS**
Estados Unidos de América (USA)


Mi nombre es Jazmyn Sinisterra Peñaloza identificada con la cedula de ciudadanía número 52159483 soy la hermana de Carlos Alberto Sinisterra Peñaloza y mediante esta carta quiero transmitir lo importante que es mi hermano para mí y para mi hijo, ya que él es una persona muy dedicada con nosotros, desde antes de nacer mi hijo mi querido hermano ya lo anhelaba, deseaba tener un sobrino y muchas amistades le vieron crecer al lado de su tío y decían: ¿Carlos él es tu hijo?

Porque el trato, el cariño, el apoyo y la dedicación que mi hermano le daba era la de un padre a su hijo querido más que un tío. Mi hermano siempre ha estado ahí para con nosotros en las buenas y en las malas, él siempre se ha preocupado por nuestro bienestar, porque si comemos, si nos sentimos bien, pendiente de todo, él nos ha dado buen trato físico, psicológico, emocional, a mi hijo le ha enseñado los buenos modales, el respeto a los mayores y a tener el deseo al estudio y la capacitación para lograr ser alguien de provecho para la sociedad y la familia. Aun estando lejos de nosotros y viéndose incapaz piensa y se preocupa por nosotros por nuestra necesidades, pero para nosotros lo más importante es su bienestar y que lo estén tratando bien y lo valoren como persona, pues mi hermano hizo lo que hizo fue por la necesidad de darnos un futuro mejor, por qué en el país donde vivimos las oportunidades solo las tiene los ricos, los pobres cada día mas somos sometidos a los abusos de los que tienen el poder, en estos momentos la crisis es para los pobres, los ricos son cada día más ricos, los pobres sometidos a un estado de gobierno injusto ,donde los de cuello blanco hacen y deshacen y ellos no son juzgados, ni sometidos a ninguna ley ni quien los juzguen por sus malos actos con los ciudadanos. No por eso, estoy aclarando, que mi hermano no tenga que pagar por el error si no que estoy apelando por que se le dé una justa sentencia ya que con el solo hecho de estar lejos de su familiares que somos: hijos, padres, hermanas, sobrinos, amigos, allegados, padrinos, vecinos, ya está pagando la causa, pido una segunda oportunidad porque con su comportamiento ,valores y modales a él se le dé una consideración para que le crean y le conozcan en el lugar donde está actualmente, él es una persona de valor y temor al DIOS viviente.



Espero que mis palabras francas le lleguen al corazón y su sentir humano. Sr juez Judge William Dios lo ilumine le de la inteligencia y le ponga en su corazón el sentir, para que nos tenga clemencia con Carlos  Sinisterra Peñaloza y nos otorgue un veredicto justo a mi querido, amado hermano, DIOS lo bendiga.


Cordialmente,


**JAZMYN SINISTERRA PEÑALOZA**
C.C 52.159.843
Cel. 3177196341
Buenaventura, Valle del Cauca, Colombia.

Honorable Judge William Dimitrouleas:

My name is Jazmyn Sinisterra Peñaloza identified with identification card number 52159483 I I'm the sister of Carlos Alberto Sinisterra Peñaloza and through this letter I want to transmit the importance that is my brother to me and my son, since day one my brother has being very dedicated to us, since before the birth of my child my dear brother love him and wanted to have a nephew and many friends saw him with my son and ask him Carlos is that your son?

Because of the treatment, the care, support and dedication that my brother gave him was of a father to his dear son rather than a nephew . My brother has always been there for us in the good and the bad, he has always been concerned about our welfare, if we eat, if we feel good. He has taught my son good manners, to respect everybody. He has the desire to study and train to be someone useful to society and his family. My brother did what he did to provide us with a better future. The poor every day are more subjected to abuses from the people that have power, at the moment the crisis is for the poor, the rich everyday get more richer , the poor are subject to a State of unjust from the Government, where the white collar make crimes and they are not judged. I'm not making an excuse for my brother , I am just clarifying, the way we live in my country, I know that my brother have to pay for the mistake that he did, I am appealing that you give him a fair judgment , just the fact of being away from his family that are: his children, parents, sisters, nephews, friends, relatives, godparents, neighbors, his already paying the cause, by being far from all of us. I ask for a second chance your honor.

Thanks in advance

Jazmyn Sinisterra Penaloza

Buenaventura, 23 de febrero de 2017

Honorable

Juez.  UJDGE WILLIAM P. DIMITROULEA

Estados Unidos de América (USA)

Mi nombre es Luz Diva Martínez Solórzano identificada con la cédula de ciudadanía 29223599 de Buenaventura de profesión docente.

La presente es para manifestar a usted Honorable juez con todo el respeto que se merece que conozco de vista y trato al Señor Carlos Alberto Sinisterra  Peñaloza  desde el año 1.993, siendo apenas un joven estudiante de bachillerato en el Instituto técnico Industrial Gerardo Valencia Cano de Buenaventura. Hijo del  señor Carlos Sinisterra ebanista de profesión y la señora Luz Peñaloza; personas humildes y trabajadoras.

Carlos Alberto  Sinisterra Peñaloza aprendió al lado de su padre a trabajar la madera, a pintar y a reparar muebles, razón por la cual lo conocí, y por muchos años fue quien reparó  los pupitres y pintó  las instalaciones del colegio "Alegría de Leer", institución educativa de mi propiedad en ese entonces, en épocas de vacaciones para ayudarse económicamente y ayudar a su familia.

Puedo dar fe Honorable Juez que Carlos Alberto Sinisterra  Peñaloza es una persona con muchos valores, excelente, hijo, hermano, esposo, padre y amigo.  Qué Carlos Alberto Sinisterra Peñaloza se equivocó y que él es conciente de la gravedad de su equivocación, por lo tanto le imploro Honorable Juez le conceda una segunda  oportunidad, para que él pueda estar al lado de su esposa, de sus hijos y de su familia.

El Señor lo bendiga y  el Espíritu  Santo lo ilumine  y lo colme de sabiduría en la toma de decisiones al respecto.

Con todo respeto,

Lic.  Luz Diva Martínez Solórzano

C.C.  292233599

Cel. 3154044644

Buenaventura – Valle de Cauca  - Colombia



Honorable Judge William Dimitrouleas:

My name is Luz Diva Martínez Solórzano identified with certificate of citizenship number 29223599 of Buenaventura Colombia.

This is to express to you Honorable judge with all respect that  you deserves, that  I  know Carlos Alberto Sinisterra Peñaloza since 1993, just as a young student of high school in industrial Technical Institute Gerardo Valencia Cano of Buenaventura. Son of  Mr Carlos Sinisterra a

cabinetmaker and  Lady Peñaloza; humble and hard-working people.

Carlos Alberto Sinisterra Peñaloza learned next to his father to work in the wood industry and to paint and repair furniture,  for this reason we  met, and for many years it was him who repair the desks and paint the school facilities, which at that time it was  my property, in times of vacation he will come to earn extra money to  help his family.

I can attest to you  Honorable Judge that Carlos Alberto Sinisterra Peñaloza is an excellent person with many values, son, brother, spouse, father and friend. That Carlos Alberto Sinisterra Peñaloza is wrong and that his aware of the gravity of his mistake, therefore I implore you Honorable Judge to please give him a second opportunity, so he can be beside his spouse, their children and their family.

I ask God to give you wisdom in the decisions in this regard.

With all respect

Lic. Luz Diva Martinez Solorzano

Buenaventura, 23 de Febrero de 2017

Honorable,
**Juez: JUDGE WILLIAM P. DIMITROULEAS**
Estados Unidos de América (USA)

Mi nombre es Nicolás Leonardo Garzón Sinisterra identificado con la tarjeta de identidad número 1006341270 soy el sobrino de Carlos Alberto Sinisterra Peñaloza y mediante esta carta quiero transmitir lo importante que es mi tío para mí, Y por medio de esta quiero decir que mi tío es una persona importante en mi vida, porque siempre me ha dado la mano y me ha aconsejado cosas muy positivas para mí, más que un tío es un padre porque se ha preocupado por mi bienestar económico, en la salud, en lo emocional, psicológico, en la recreación, siempre ha estado pendiente de mis estudios, mis logros y también en mis altibajos.

Mi tío Carlos Alberto Sinisterra Peñaloza siempre me ha dado un trato muy respetuoso, amable, sincero, prudente, tolerante, paciente, discreto, lleno de valores éticos y morales, siempre buscando el dialogo y solucionar los problemas de la mejor manera para que haya un ambiente de paz y armonía.

Mi tío Carlos Alberto Sinisterra Peñaloza en sociedad es un hombre muy caritativo, amable y se pone en los zapatos de su prójimo y además es muy colaborador tanto en su vecindad, como en su área de trabajo, si tiene la manera de ayudar lo hace sin interés, él es de esas personas que da sin esperar nada a cambio, siempre en consciente de las situaciones que pasan a su alrededor y es por eso que se muestra caritativo con sus familiares, amigos, conocidos y hasta desconocidos.

Mi tío Carlos Alberto Sinisterra Peñaloza como profesional en el ámbito laboral ha sido una persona que se da conocer, se presta para la comunicación con sus compañeros, es puntual y muy responsable con sus quehaceres del diario vivir.

Mi tío Carlos Alberto Sinisterra Peñaloza es una persona de espíritu humilde, sencillo, amplio, misericordioso y bondadoso, además le gusta la unión familiar porque le parece algo muy importante el calor de hogar y que los hijos se críen con sus padres, ama mucho a sus padres, hermanas, esposa, hijos Juan Felipe y Matías, sobrinos y demás familiares.

Reconozco que mi tío ha cometido un error así como todos nosotros los seres humanos los cometemos, por la situación social y económica de mi país Colombia



que no brindar muchas oportunidades para el progreso de las personas de pocos recursos económicos por eso Señor Juez William Dimitrouleas me permite pedirle una segunda oportunidad para mi tío Carlos Alberto Sinisterra Peñaloza para que tenga un juicio justo y que sea Dios ayudándolo a tomar la mejor decisión sobre el caso de mi tío Carlos Alberto Sinisterra Peñaloza, Dios lo bendiga y le de sabiduría.

Cordialmente,

*Nicolás Leonardo Garzón sinisterra*

**NICOLÁS LEONARDO GARZON SINISTERRA**
T.I. 1.006.341.270
Cel. +57 3156462522
Buenaventura, Valle del Cauca, Colombia.

February 21, 2017

Honorable Judge William Dimitrouleas:

My name is Nicolas Leonardo Garon Sinisterra identified with the identity card number 1006341270 I'm the nephew of Carlos Alberto Sinisterra Peñaloza and through this letter I want to transmit how important my uncle is to me, and through this I want to say that my uncle is a someone important in my life, because he has always given me the hand and I have advised me things that are very positive. His more than an uncle, his like a father figure because he has cared about my welfare economic, health, emotional, psychological. He has always been aware of my studies, my achievements and also in my ups and downs.

My Uncle Carlos Alberto Sinisterra Peñaloza always treated me very respectful. He is very friendly, sincere, wise, tolerant, patient, discrete, full of ethical values, and morals, always looking how to solve the problems to best to ensure an atmosphere of peace and harmony.

My Uncle Carlos Alberto Sinisterra Peñaloza in our city is a very charitable, friendly he is very collaborative with his neighborhood, as in his work area, he help without interest. His one those people who gives without expecting anything in return, always, you can be a stranger and he will also help you.

My Uncle Carlos Alberto Sinisterra Peñaloza as professional in the workplace is very punctual and very responsible.

My Uncle Carlos Alberto Sinisterra Peñaloza is a person that is humble, simple, broad, merciful, and kindly spirit, also likes the family union because something very important to him is his family, which include his parents, his sisters, spouse, children, Juan Felipe and Matias, nephews and other relatives.

I recognize that my uncle made a mistake as well as all us human beings make them, by the social situation that we have in my country Colombia which doesn't provides many opportunities for the advancement of people. Mr Judge William Dimitrouleas may I please ask for a second opportunity for my Uncle Carlos Alberto Sinisterra Peñaloza I'm praying that you make the best decision on the case of my Uncle Carlos Alberto Sinisterra Peñaloza, God bless you and give you wisdom.

Best regards,

Nicolas Leonardo Garzon Sinisterra

Buenaventura, 16 de Febrero de 2017

Documento dirigido al
Señor:      **William P. Dimitrouleas**
               **Juez**

Yo **ALEXANDER MONTAÑO** identificado con cédula de ciudadanía como aparece al pie de mi firma y habitante de la ciudad de Buenaventura-Valle, doy referencia de experiencia directa y cercana con el señor **CARLOS ALBERTO SINISTERRA PEÑALOZA** el cuál tengo trato con él hace más de 10 años, es una persona sociable, humilde, buen amigo y un individuo que le gusta debatir temas de interés de una forma razonable para el desarrollo intelectual de interés común.

Carlos es un amigo muy cercano, es una persona muy importante para mí y mis familiares, lo extrañamos demasiado ya que mi familia extraña mucho nuestros juegos de ajedrez, debates del estado de la sociedad y nuestro futuro y en estos momentos nos encontramos muy deprimidos por la condición en la cual él se encuentra, mi familia me pregunta a diario por la condición de Carlos pero yo no tengo respuestas.

Agradecería que sus decisiones permitieran que Carlos sea tratado de una manera especial para así yo poder dar un par de tranquilidad a mis familiares y personalmente a mí ya que me siento muy triste por los acontecimientos.

Atentamente,

_____

**ALEXANDER MONTAÑO**
c.c. 16.507.905 de Buenaventura-Valle



Honorable Judge William Dimitrouleas:

I Alexander Montano with certificate of citizenship number 165007905 citizen of Buenaventura-Valle give direct attest that I have known Carlos Alberto Sinisterra Penaloza for the last 10 years. His a good friend, sociable , and like to discuss topics of interest in reasonable  way.

Carlos is very close friend, he is someone very important to me and my family we miss him dearly, we used to play to play chess, and we used to discuss our state and our future. I'm very depressed by the condition that my friend is leaving, my family ask me on daily basis the condition of Carlos, but I have no answers. I ask you to please give my friend Carlos a second change,

Kind regards

Alexander Montano

Buenaventura 21 de febrero de 2017

Honorable:

JUEZ  JUDGE WILLIAM .P DIMITROULEAS.

SOY katherin calero del Castillo, identificada con la cedula de ciudadanía 31602375 de Buenaventura valle del cauca, por medio de la cual me permito dar referencias del señor CARLOS ALBERTO SINISTERRA PEÑALOZA , quien es mi amigo de muchos años y al cual conozco y doy fe, de ser un hombre trabajador, buen hijo,hermano,tio,padre,sobrino y como profesional ético y muy responsable, como amigo fue ético, buen amigo,compañero,colaborador, no tomaba, no fumaba, y en mi concepto un hombre íntegro, a pesar de las equivocaciones por malas influencias y en muchas ocasiones  y situaciones que en este país por falta de oportunidades terminamos cometiendo errores donde terminemos dañando vidas en este caso el afectado es un buen padre de familia cabeza de hogar donde casi toda su familia de pendían económicamente de el en un país que las oportunidades son pocas y a veces la presión nos obliga a tomar decisiones equivocas.

Queda solo pedir, una oportunidad al afectado, Y  se le evalué su calidad humana y su comportamiento en la sociedad y su estancia haya, donde sé que por su comportamiento y probando a pesar del encierro  y la soledad que no es una persona peligrosa para la sociedad y que permitirle en medio de esta situación que pueda demostrar que merece una segunda oportunidad

Toda acción señor juez trae una reacción pero aun que él deba pagar esperamos pueda ser justo  y que no hay peor condena ya que estar muy lejos de las personas que lo aman sin ningún respaldo más que la mano de DIOS y usted como intermediario, pido se le den unas condiciones humanas, oportunidad de realizarse como persona ya que es un hombre muy inteligente con muchas capacidades  me permito pedirle  compasión  en su decisión somos personas humildes y esperamos poderlo tener pronto con nosotros.

GRACIAS POR SU ATENCION.

KATHERIN CALERO

CC: 31602375.

(8)

February 21, 2017

Honorable Judge William Dimitrouleas,

I am Katherin Calero del Castillo, identified with number  31602375 of Buenaventura Valle del Cauca, I write this letter on behalf of Mr Carlos Alberto Sinistrera Peñaloza, who is my friend of many years which I know and can testify, to be a hardworking man, good son, brother, father, uncle, nephew and as professional ethical and very responsible , as a friend  he was ethical, good friend, colleague, collaborator, did not drink, not smoked, and in my opinion a man of integrity , despite the bad influences and many occasions bad situations that we ended up making bad  mistakes. Because of the situation of our country  we end up doing stuff that are not the correct ones but Carlos is a good parent head of household where almost his entire family depend on him.

I will like to ask for a second opportunity since I know and can testify that Carlos is good man.

Thank you for your attention.

Katherin Calero

HONORABLE

JUEZ

WILLIAN P. DIMITROULEAS

U.S.A.


REF: PROCESO: CARLOS ALBERTO SINISTERRA PEÑALOZA


Se dirige a usted, **CARLOS JOSE GRANADOS DELGADO**, ciudadano colombiano, identificado con la cedula de ciudadanía No. **16.469.040** expedida en Buenaventura, de profesión Abogado, por medio de este me permito manifestarle sobre la honorabilidad, conducta y don de gente del señor **CARLOS ALBERTO SINISTERRA PEÑALOZA**, identificado con la cedula de ciudadanía No.**16.512.398** de Buenaventura.

Lo conozco hace aproximadamente 25 años, persona nacida en una honorable familia, de excelentes modales y costumbres, trabajador incansable, respetuoso de las leyes, padre ejemplar, buen esposo, goza del aprecio de todas las personas que lo tratan, por su don de gente,  que merece sin lugar a duda se le certifique como un ciudadano ejemplar por todas las personas que lo conocemos y lo hemos tratado a lo largo de su existencia.

Honorable Juez, la situación que está pasando **CARLOS ALBERTO SINISTERRA PEÑALOZA,** es para las personas que lo tratamos totalmente dudoso y acudimos a su sabia experiencia y sana critica para que dicte un fallo justo y brille la justicia.

Atentamente,


**CARLOS JOSE GRANADOS DELGADO**

**C.C. No.16.469.040 de Buenaventura**

**CARRERA 6ª No. 3-16 - segundo piso – Buenaventura – valle -Colombia**

Honorable Judge William Dimitrouleas:

To whom it may concern I Carlos José Granados Delgado, Colombian citizen, identified with certificate of citizenship no. 16.469.040 from Buenaventura Colombia, through this medium I testify that Carlos is honest, and has a great personality.

I have known him for approximately 25 years, which I can testify that his parents raise him with good manners, to follow the laws, his family are good people as such is him, he is very respectful, get along with everybody and everybody around him feels the love and respect that he gives to others.

Honorable Judge we know what his going thru and we want to ask you to please give him another change.

Kind regards

Carlos José Delgado Granados

**HONORABLE**

**JUEZ**

**WILLIAN P. DIMITROULEAS**

**U.S.A**


**REF  PROCESO : CARLOS ALBERTO SINISTERRA PEÑALOZA**


JAIRO BARONA VIVEROS mayor de edad colombiano de nacimiento identificado con la cedula de ciudadania No. 6.160.452, abogado de profesion con domicilio en la ciudad de buenaventura en la calle 4 # 52-20 barrio transformacion.

Por medio de este escrito deseo informarle que conozco amplia y detalladamente al señor CARLOS ALBERTO SINISTERRA PEÑALOSA identificado con la cedula de ciudadania No. 16. 102.398 de buenaventura y puedo asegurar que es una persona integra, estable y totalmente responsable.

Lo conozco hace aproximadamente 30 años, persona honrada, trabajadora nacido en el seno de una honorable, respetuosa familia y de buenas costumbres, trabajador , padre ejemplar, exelente hijo y esposo quien goza del aprecio de amigos y familiares por su don de gente.

Honorable juez la desafortunada situacion por la cual esta pasando el señor CARLOS ALBERTO SINISTERRA PEÑALOZA es para nosotros quienes lo conocemos y tratamos. penosa y desafortunada lo cual nos embarga de duda, por lo tanto acudo a su sabia experiencia, juicio y sana critica para que se dicte un fallo justo y como consecuencia de esto brille la justicia.


ATENTAMENTE

JAIRO BARONA VIVEROS

CC. No. 6 160 452 de buenaventura

Calle 4 # 52-20 barrio transformacion buenaventura - valle



Honorable Judge William P. Dimitoruleas:

Through this written letter I Jairo Barona of Colombia with id number 6.160.452 write to inform that I have known and I can attest that Mr Carlos Alberto Sinisterera Penalosa from Buenaventura, Colombia with id number No.16.102.398, is a person with integrity , stable and fully responsible.

I know him for about 30 years he is honest, and hardworking, born in the womb of an honorable, respectful family with good manners. His a exemplary father, great son and spouse who enjoys spending time with his family and love ones.

Those who know judge of the unfortunate situation that Carlos Alberto Sinisterra Peñaloza is going through can testify that his sorry for what he did, that he learn his lesson. We feel very bad and I ask for you kindness to give him a second change.

Thank you in advance

Jairo Barona Viveros

Señor juez

Judge Willian P Dimitrouleas

Yo ELVER VALENCIA MINA identificado con cedula de ciudadanía numero 6.163.503 de Buenaventura (Valle) Colombia doy fe de que conozco al señor CARLOS ALBERTO SINISTERRA PEÑALOSA desde hace 16 años, es mi hermano de crianza y siempre ha sido una excelente persona, amable, servicial, atento, buen hijo, amigo y esposo. Por eso pienso señor juez que Carlos Alberto no representa una amenaza para la sociedad, el ha tenido una conducta intachable por eso de manera más cordial le pido que le brinde una segunda oportunidad ya que el la merece, se que de lo que se acusa es un delito muy delicado en su país pero en muchas ocasiones cometemos actos indebidos al vernos enfrentados a la falta de oportunidades de empleo. Es una lección aprendida para Carlos, por eso necesitamos de su colaboración para que le brinde ayuda dentro de lo que sea posible.

Agradezco su atención prestada a la presente.

Atentamente

EVER VALENCIA MINA
C.C
Buenaventura valle del cauca Colombia



Judge  William P Dimitouleas


My name is Elver Valencia Mina with certificate of citizenship number 6.163.503 of Buenaventura (Valle)

Colombia attest that I know Mr Carlos Alberto Sinisterrra Peñalosa for  16 years, his is like my brother

he has  always been an excellent person, friendly, helpful, attentive, good friend son and spouse.

Because of that judge I think he deserve another change.  Carlos Alberto does not represent a threat to

society.  It is a lesson learned for Carlos, so please consider giving Mr.Penalosa  a second change  so he

can continue his life with his family.


Thank you in advance for your help



Sincerely


Ever Valencia Mina

Buenaventura, 25 de febrero de 2017


Señores

**JUEZ WILLIAM DOMOTROULEAS**

La ciudad


Honorable juez **WILLIAM DOMOTROULEAS**, el presente motivo de esta carta es para dar buena referencia del señor **CARLOS ALBERTO SINISTERRA**, el cual se encuentra actualmente procesado en un prisión en **ESTADOS UNIDOS**, por lo siguiente me gustaría dar testimonio de la persona que es y que no es un delincuente y no ha hecho daño a nadie por lo siguiente le imploro que le permita una segunda oportunidad para demostrar que todo lo acontecido fue un gran error, ya que en nuestra comunidad es una honesta y trabajadora y todos lo que lo conocemos podemos dar fe de ello.


Espero tenga en cuenta esta consideración.


Muchas gracias por su tiempo


Atentamente,


Janneth Ortega Montes
C.C. 25292730


Aicardo Galarza.
10.493.902




February 21, 2017

Honorable Judge William Dimitrouleas,

the present plea of this letter is to give good reference of Carlos Alberto Sinisterra, which is

currently in prison in the United States, for the following I would like to bear witness to the person he is

Carlos is an honest, hardworking man and everybody that know Carlos can attest to this.

I hope that you keep this consideration in mind.

Many thanks for your time

Janneth Ortega Montes