```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                      FORT LAUDERDALE DIVISION

                    CASE NO. 13-20801-CR-WPD




UNITED STATES OF AMERICA,        .
                                 .
              Plaintiff,         . Fort Lauderdale, Florida
                                 . February 24, 2017
         v.                      . 1:35 p.m.
                                 .
LUIS ENRIQUE RENTERIA GRANADOS,  .
                                 .
              Defendant.         .
. . . . . . . . . . . . . . . . .


                          - - - - -

           Transcript of Sentencing Hearing had

    before the Honorable William P. Dimitrouleas,

              United States District Judge.

                          - - - - -
```

Proceedings recorded by mechanical stenography, transcript produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5686

```
APPEARANCES:

For the Government:   Donald F. Chase, II
                      Assistant U.S. Attorney
                      500 E. Broward Boulevard
                      7th Floor
                      Fort Lauderdale, Florida   33394

For the Defendant:    Felipe Jaramillo, Esq.
                      The Law Office of Felipe Jaramillo, P.A.
                      1700 E. Las Olas Blvd.
                      Suite 207
                      Fort Lauderdale, FL 33316
                                and
                      Jason W. Kreiss, Esq.
                      Jason W. Kreiss
                      1824 SE 4th Avenue
                      Fort Lauderdale, FL 33316

Court Reporter:       Francine C. Salopek, RMR, CRR
                      Official Court Reporter
                      United States District Court
                      299 E. Broward Blvd., Room 207
                      Fort Lauderdale, Florida 33301
                      (954)769-5686

                          -  -  -  -  -
```

**FRIDAY, FEBRUARY 24, 2017, 1:35 P.M.**

*(The Judge entered the courtroom)*

THE COURT: Please be seated.

United States vs. Luis Enrique Renteria Granados.

If counsel would announce their appearances for the record.

MR. CHASE: Good afternoon, your Honor. Don Chase, Assistant United States Attorney, on behalf of the United States of America.

MR. JARAMILLO: Felipe Jaramillo on behalf of Mr. Renteria.

MR. KREISS: Jason Kreiss on behalf of Mr. Renteria Granados.

THE COURT: And Mr. Renteria Granados is present, is that correct?

MR. KREISS: Correct. Utilizing the aid of the Court's interpretation system.

THE COURT: And do we have a stipulation that the interpreters are qualified interpreters?

MR. CHASE: Yes, your Honor.

MR. JARAMILLO: Yes, Judge.

THE COURT: And is the interpreting equipment working properly, Mr. Renteria Granados?

THE DEFENDANT: Right.

THE COURT: And if you don't understand something,

```
 1  you'll let me know?
 2          THE DEFENDANT:  Yes.
 3          THE COURT:  All right.  Mr. Renteria Granados is
 4  before the Court having pled guilty to conspiracy to possess
 5  with the intent to distribute five kilograms or more of cocaine
 6  while on board a vessel subject to the jurisdiction of the
 7  United States.  I adjudicated him guilty, deferred sentencing,
 8  ordered a Presentence Investigation Report that I've received
 9  and reviewed.
10          Have counsel had an opportunity to review the
11  Presentence Investigation Report?
12          Mr. Chase?
13          MR. CHASE:  Yes, your Honor.
14          THE COURT:  Mr. Jaramillo?
15          MR. JARAMILLO:  Yes, Judge.
16          THE COURT:  Mr. Kreiss?
17          MR. KREISS:  Yes, your Honor.
18          THE COURT:  Mr. Renteria Granados, have you read the
19  Presentence Investigation Report or had it translated to you to
20  your satisfaction?
21          THE DEFENDANT:  Yes, sir.
22          THE COURT:  And have you discussed the Presentence
23  Investigation Report with your lawyers?
24          THE DEFENDANT:  Yes, sir.
25          THE COURT:  Any objection to the Presentence
```

```
 1   Investigation Report from the government other than the
 2   submarine?
 3            MR. CHASE:  Correct, Judge.
 4            THE COURT:  Mr. Kreiss?  Or Mr. Jaramillo?
 5            MR. JARAMILLO:  No, Judge, only on the submarine, no.
 6            THE COURT:  All right.  So, I'll sustain the objection
 7   to the submarine.  So that gives us an offense level 33,
 8   criminal history category I, for a range of 135 to 168 months,
 9   is that correct?
10            MR. CHASE:  Yes, your Honor.
11            MR. JARAMILLO:  Yes, Judge.
12            THE COURT:  Any legal cause to show why sentence
13   should not be imposed?
14            MR. JARAMILLO:  No, Judge.
15            THE COURT:  Anything you want to say, Mr. Renteria
16   Granados, before I impose sentence?
17            THE DEFENDANT:  Yes, your Honor.
18            THE COURT:  Go ahead.
19            THE DEFENDANT:  First, I would like to apologize to
20   this country, to the United States, to the youth -- to the
21   youth of this country, to all the people in this country, to
22   you, your Honor, to the prosecutor.  I'm very remorseful of
23   having participated in this event.
24            THE COURT:  What's the government's position on
25   Mr. Renteria Granados?
```

1  MR. CHASE: Judge, the government and defense counsel
2  were able to resolve the case rather quickly. Based upon that,
3  him accepting responsibility, him having been debriefed -- so
4  far nothing's materialized from that debriefing, Judge -- I do
5  not oppose low end of the applicable guideline range, that
6  being 135 months' imprisonment. However, Judge, I would oppose
7  a variance based upon the fact that this case did involve
8  submersible submarines that were transporting at least six tons
9  of cocaine in the two transactions that were involved in the
10 conspiracy to which he pled.
11  THE COURT: Anything further before I impose sentence?
12  MR. JARAMILLO: Yes, Judge.
13  We are respectfully asking the Court for a downward
14 variance to 120 months, Judge. That's the minimum mandatory
15 term in this case.
16  Mr. Renteria is a 69-year-old man, who has several
17 health issues, Judge. He suffers of a fatty liver, chronic
18 stomach ulcers, hypertension. He's got heart issues and
19 breathing problems as a result of tuberculosis that he suffered
20 a few years ago, Judge. He has problems in his eyesight,
21 Judge. He lost eyesight on the left eye, and he has also
22 problems with his right eye, and has lost a lot of mobility on
23 his right arm. In his age, with his health conditions, he
24 finds himself in a foreign country. And it's his fault, Judge,
25 I know that. It's because of his own actions. Nonetheless,

1   these are the circumstances of him.  He finds himself here
2   without his family.  He has nine children, 14 grandkids.  And
3   they cannot even come and see him.
4          So, we believe a sentence of ten years is sufficient
5   but not greater than necessary, Judge, to reflect the
6   seriousness of the offense, to promote all this respect for the
7   law, and for adequate deterrence and protect the public.
8          So, we are hoping that you take that into
9   consideration -- his characteristics and his history.
10         Also, Judge, lastly, and very briefly, I know that one
11  of the factors that you are to take into account when
12  sentencing a defendant is the need to avoid unwarranted
13  sentence disparities among defendants with similar records who
14  have been guilty of similar conduct.
15         We come here -- he's the first one to plea *(sic)* and
16  the first one to be sentenced.  We do not have the benefit of
17  knowing what the other people in the case are gonna be
18  sentenced to.  And I don't want to be presumptuous.  I don't
19  know what they're gonna be sentenced to, Judge.  But I feel I
20  do have the obligation to point out there were five people
21  involved in the case as codefendants.  Three of them were
22  involved in the construction or supervision of the construction
23  of the submarines.  One provided the blueprints, knowing what
24  they were gonna be used for, and the other one brought
25  materials and supervised the actual construction.

1    And I believe the other two, Mr. Renteria and
2 Mr. Penagos, were in a way middlemen, Judge.  I don't disagree
3 that Mr. Penagos is less culpable than Mr. Renteria, Judge.
4 The state -- the government is recommending a reduction in his
5 case, and I don't disagree with that.  But I believe when you
6 take into account the fact that they were both middlemen, that
7 they're both responsible for six tons rather than nine tons
8 like the builders -- they were both a buffer between the source
9 of the drugs and the builders -- Mr. Renteria dealing with the
10 communications, Mr. Penagos dealing with the money.  So, I
11 believe when you look at the five codefendants, he would be the
12 person with the most similar conduct as Mr. Renteria.  And
13 Mr. Penagos, he pled to a 21 title offense, and he's getting
14 great benefits that Mr. Renteria is not.
15    Mr. Renteria -- also, Judge, not only is the Court not
16 allowed to go below the minimum mandatory, but because of his
17 immigration status, he's not gonna get the benefit to the
18 500-hour drug program, to go to a halfway house, to go to a
19 camp.  And we understand it's his own fault that he's here in
20 this predicament.  But I feel obligated to tell you these are
21 the circumstances in which he is at this point.
22    So, I believe, Judge, based on the circumstances and
23 history of this defendant and on the -- I guess the need to
24 avoid unwarranted sentence disparities among defendants with
25 similar record and similar conduct, we're asking you to

```
 1    sentence him to a minimum mandatory of 120 months, Judge.
 2              THE COURT:  Anything further before I impose sentence?
 3              MR. JARAMILLO:  No, Judge.
 4              THE COURT:  Anything further from the government?
 5              MR. CHASE:  Judge, there's a distinction between
 6    Mr. Renteria Granados and Penagos Molina.  Penagos Molina,
 7    Judge, was literally a bagman.  He would take money from one
 8    place to the other to facilitate the drug trafficking
 9    organization.  This defendant was a middleman between the
10    suppliers and the builders.  That's many, many levels up above
11    Mr. Penagos Molina.  So, we're comparing apples and oranges.
12              And, again, Judge, that's why I think that when you
13    look at 120 months, Judge, that's for five kilograms.  We have
14    six tons.  One hundred and twenty months is triggered by
15    five kilograms, and we had six tons of cocaine in this case.
16    So, for that reason, Judge, I would oppose the variance.
17              THE COURT:  All right.  Having considered the
18    sentencing guidelines, having considered the factors in 18,
19    United States Code, Section 3553(a), it's up to the Court to
20    determine what a reasonable and sufficient sentence is.
21              And I think that Mr. Renteria Granados pleading guilty
22    early is a mitigating circumstance.  I think his age is a
23    mitigating circumstance.  He has medical issues which are
24    mitigating circumstances.  His incomplete substantial
25    assistance, although not rising to the level at this point of
```

```
 1    giving the Court discretion to go below a mandatory minimum, if
 2    the Court were otherwise so inclined, is a mitigating
 3    circumstance.  The amount of drugs involved in the case is an
 4    aggravating circumstance.  When I weigh the aggravating and
 5    mitigating circumstances, it seems to me that 120 months is
 6    sufficient to promote respect for the law and to act as a
 7    deterrent on a 69-year-old individual.
 8             So, it will be judgment of Court and sentence of law
 9    that Mr. Renteria Granados be sentenced to 120 months in
10    prison.  Upon his release from prison, I place him on
11    five years of supervised release.
12             While on supervised release, he shall not commit any
13    crimes; he shall be prohibited from possessing a firearm or
14    other dangerous device; he shall not possess any controlled
15    substances; he shall comply with the standard conditions of
16    supervised release, including the special condition that if
17    he's removed or deported, that he not reenter the United States
18    without the express written permission of the Secretary of
19    Homeland Security.
20             If he's removed or deported, the remainder of the
21    supervised release will be nonreporting while he's outside the
22    United States.
23             If he should reenter the United States during the
24    period of the supervised release, he's to report to the nearest
25    probation office within 72 hours of his arrival.
```

1       If for some reason he's not removed or deported, I
2  order that he submit to a reasonable search of his person or
3  property conducted at a reasonable time and manner by his
4  probation officer.
5       I find that he's not able to pay a fine.  I waive the
6  fine, impose a hundred dollar special assessment.
7       Mr. Renteria Granados, it's my duty to inform you that
8  you have 14 days within which to appeal the judgment and
9  sentence of this Court.  Should you desire to appeal and be
10 without funds with which to prosecute an appeal, an attorney
11 will be appointed to represent you in connection with that
12 appeal.
13      Also, it's my duty to elicit from counsel for all
14 parties fully articulated objections to the Court's findings of
15 fact and conclusions of laws as announced at the sentencing
16 hearing, and to further elicit any objection which any party
17 may have to the manner in which the sentence was imposed in
18 this case.
19      Are there any objections from the government?
20      MR. CHASE:  No objections, your Honor.
21      MR. JARAMILLO:  No, Judge.
22      THE COURT:  Mr. Kreiss?
23      MR. KREISS:  No, your Honor.
24      THE COURT:  All right.  The marshal will execute the
25 sentence of the Court.

```
 1              Good luck to you, Mr. Renteria Granados.
 2              MR. JARAMILLO:  Judge, may we request, respectfully, a
 3    recommendation.  Mr. Renteria was first arrested in Colombia on
 4    January 26th, and I believe pursuant to 18 U.S. Code 3585, we
 5    would ask the Court to please recommend to the Bureau of
 6    Prisons that he get credit from the time that he was first
 7    arrested on January 26th, Judge, of 2016.
 8              THE COURT:  What's the government's position?
 9              MR. CHASE:  No objection, Judge.  He's been in
10    continuous custody since.
11              THE COURT:  Well, I think it's up to the Bureau of
12    Prisons to determine credit for time served, but for whatever
13    it's worth, I'll recommend credit back to January 26th of last
14    year.
15              MR. JARAMILLO:  Thank you.
16              THE COURT:  Good luck to you, Mr. Renteria Granados.
17              THE DEFENDANT:  Thank you, your Honor.
18              (Proceedings concluded at 1:47 p.m.)
19                            -  -  -  -  -
20                       C E R T I F I C A T E
21       I hereby certify that pursuant to Section 753,
      Title 28, United States Code, the foregoing is a true and
22    correct transcript from the record of proceedings in the
      above-entitled matter.
23
24    ____/s/Francine C. Salopek _____      11-20-2019_____
      Francine C. Salopek, RMR-CRR                 Date
25    Official Court Reporter
```

MR. CHASE: [9]
MR. JARAMILLO: [11]
MR. KREISS: [4]
THE COURT: [26]
THE DEFENDANT: [7]

**/**

**/s/Francine [1]**  12/24

**1**

**11-20-2019 [1]**  12/24
**120 months [5]**
**13-20801-CR-WPD [1]**  1/4
**135 [1]**  5/8
**135 months' [1]**  6/6
**14 [1]**  7/2
**14 days [1]**  11/8
**168 months [1]**  5/8
**1700 [1]**  2/6
**18 [2]**  9/18 12/4
**1824 [1]**  2/9
**1:35 [2]**  1/9 3/1
**1:47 [1]**  12/18

**2**

**2016 [1]**  12/7
**2017 [2]**  1/8 3/1
**2019 [1]**  12/24
**207 [2]**  2/6 2/12
**21 [1]**  8/13
**24 [2]**  1/8 3/1
**26th [3]**
**28 [1]**  12/21
**299 [1]**  2/12

**3**

**33 [1]**  5/7
**33301 [1]**  2/12
**33316 [2]**  2/7 2/9
**33394 [1]**  2/4
**3553 [1]**  9/19
**3585 [1]**  12/4

**4**

**4th [1]**  2/9

**5**

**500 [1]**  2/3
**500-hour [1]**  8/18
**5686 [1]**  2/13

**6**

**69-year-old [2]**  6/16 10/7

**7**

**72 hours [1]**  10/25
**753 [1]**  12/21
**769-5686 [1]**  2/13
**7th [1]**  2/3

**9**

**954 [1]**  2/13

**A**

**above [2]**  9/10 12/22
**above-entitled [1]**  12/22
**accepting [1]**  6/3
**account [2]**  7/11 8/6
**act [1]**  10/6
**actions [1]**  6/25
**adequate [1]**  7/7
**adjudicated [1]**  4/7
**afternoon [1]**  3/7
**age [2]**  6/23 9/22
**aggravating [2]**  10/4 10/4
**aid [1]**  3/16
**allowed [1]**  8/16
**although [1]**  9/25
**AMERICA [2]**  1/7 3/9
**amount [1]**  10/3
**announce [1]**  3/5
**announced [1]**  11/15
**apologize [1]**  5/19
**appeal [4]**
**appearances [2]**  2/1 3/5
**apples [1]**  9/11
**applicable [1]**  6/5
**appointed [1]**  11/11
**arm [1]**  6/23
**arrested [2]**  12/3 12/7
**arrival [1]**  10/25
**articulated [1]**  11/14
**assessment [1]**  11/6
**assistance [1]**  9/25
**Assistant [2]**  2/2 3/8
**attorney [3]**
**Avenue [1]**  2/9
**avoid [2]**  7/12 8/24

**B**

**bagman [1]**  9/7
**believe [6]**
**below [2]**  8/16 10/1
**benefit [2]**  7/16 8/17
**benefits [1]**  8/14
**blueprints [1]**  7/23
**Blvd [2]**  2/6 2/12
**board [1]**  4/6
**Boulevard [1]**  2/3
**breathing [1]**  6/19
**Broward [2]**  2/3 2/12
**buffer [1]**  8/8
**builders [3]**
**Bureau [2]**  12/5 12/11

**C**

**camp [1]**  8/19
**category [1]**  5/8
**category I [1]**  5/8
**cause [1]**  5/12
**certify [1]**  12/21
**characteristics [1]**  7/9
**Chase [3]**
**children [1]**  7/2
**chronic [1]**  6/17
**circumstance [4]**
**circumstances [5]**

**cocaine [3]**
**Code [3]**
**codefendants [2]**  7/21 8/11
**Colombia [1]**  12/3
**commit [1]**  10/12
**communications [1]**  8/10
**comply [1]**  10/15
**computer [1]**  1/25
**concluded [1]**  12/18
**conclusions [1]**  11/15
**condition [1]**  10/16
**conditions [2]**  6/23 10/15
**conduct [3]**
**conducted [1]**  11/3
**connection [1]**  11/11
**consideration [1]**  7/9
**conspiracy [2]**  4/4 6/10
**construction [3]**
**continuous [1]**  12/10
**controlled [1]**  10/14
**counsel [4]**
**country [4]**
**COURT [15]**
**Court's [2]**  3/17 11/14
**courtroom [1]**  3/2
**CR [1]**  1/4
**credit [3]**
**crimes [1]**  10/13
**criminal [1]**  5/8
**CRR [2]**  2/10 12/24
**culpable [1]**  8/3
**custody [1]**  12/10

**D**

**dangerous [1]**  10/14
**Date [1]**  12/24
**debriefed [1]**  6/3
**debriefing [1]**  6/4
**defendant [5]**
**defendants [2]**  7/13 8/24
**defense [1]**  6/1
**deferred [1]**  4/7
**deported [3]**
**desire [1]**  11/9
**determine [2]**  9/20 12/12
**deterrence [1]**  7/7
**deterrent [1]**  10/7
**device [1]**  10/14
**Dimitrouleas [1]**  1/16
**disagree [2]**  8/2 8/5
**discretion [1]**  10/1
**discussed [1]**  4/22
**disparities [2]**  7/13 8/24
**distinction [1]**  9/5
**distribute [1]**  4/5
**DISTRICT [4]**
**DIVISION [1]**  1/3
**dollar [1]**  11/6
**Don [1]**  3/7
**Donald [1]**  2/2
**downward [1]**  6/13
**drug [2]**  8/18 9/8
**drugs [2]**  8/9 10/3
**duty [2]**  11/7 11/13

**E**
**early [1]** 9/22
**elicit [2]** 11/13 11/16
**ENRIQUE [2]** 1/10 3/4
**entitled [1]** 12/22
**equipment [1]** 3/22
**Esq [2]** 2/5 2/8
**event [1]** 5/23
**execute [1]** 11/24
**express [1]** 10/18
**eye [2]** 6/21 6/22
**eyesight [2]** 6/20 6/21

**F**
**facilitate [1]** 9/8
**fact [3]**
**factors [2]** 7/11 9/18
**family [1]** 7/2
**fatty [1]** 6/17
**fault [2]** 6/24 8/19
**February [2]** 1/8 3/1
**Felipe [3]**
**findings [1]** 11/14
**fine [2]** 11/5 11/6
**firearm [1]** 10/13
**five kilograms [3]**
**five years [1]** 10/11
**FL [2]** 2/7 2/9
**Floor [1]** 2/3
**FLORIDA [4]**
**foregoing [1]** 12/21
**foreign [1]** 6/24
**FORT [6]**
**Francine [3]**
**FRIDAY [1]** 3/1
**funds [1]** 11/10

**G**
**gives [1]** 5/7
**gonna [4]**
**government [6]**
**government's [2]** 5/24 12/8
**GRANADOS [15]**
**grandkids [1]** 7/2
**great [1]** 8/14
**greater [1]** 7/5
**guideline [1]** 6/5
**guidelines [1]** 9/18
**guilty [4]**

**H**
**halfway [1]** 8/18
**health [2]** 6/17 6/23
**hearing [2]** 1/15 11/16
**heart [1]** 6/18
**hereby [1]** 12/21
**history [3]**
**Homeland [1]** 10/19
**Honor [10]**
**Honorable [1]** 1/16
**hoping [1]** 7/8
**hour [1]** 8/18
**hours [1]** 10/25
**house [1]** 8/18

**hundred [2]** 9/14 11/6
**hypertension [1]** 6/18

**I**
**I'll [2]** 5/6 12/13
**I'm [1]** 5/22
**I've [1]** 4/8
**II [1]** 2/2
**immigration [1]** 8/17
**impose [4]**
**imposed [2]** 5/13 11/17
**imprisonment [1]** 6/6
**inclined [1]** 10/2
**including [1]** 10/16
**incomplete [1]** 9/24
**individual [1]** 10/7
**inform [1]** 11/7
**intent [1]** 4/5
**interpretation [1]** 3/17
**interpreters [2]** 3/19 3/19
**interpreting [1]** 3/22
**Investigation [5]**
**issues [3]**

**J**
**January [3]**
**January 26th [3]**
**Jaramillo [5]**
**Jason [3]**
**Judge [35]**
**judgment [2]** 10/8 11/8
**jurisdiction [1]** 4/6

**K**
**kilograms [3]**
**knowing [2]** 7/17 7/23
**Kreiss [6]**

**L**
**Las [1]** 2/6
**lastly [1]** 7/10
**LAUDERDALE [6]**
**law [4]**
**laws [1]** 11/15
**lawyers [1]** 4/23
**legal [1]** 5/12
**level 33 [1]** 5/7
**levels [1]** 9/10
**literally [1]** 9/7
**liver [1]** 6/17
**lost [2]** 6/21 6/22
**luck [2]** 12/1 12/16
**LUIS [2]** 1/10 3/4

**M**
**man [1]** 6/16
**mandatory [4]**
**manner [2]** 11/3 11/17
**marshal [1]** 11/24
**materialized [1]** 6/4
**materials [1]** 7/25
**matter [1]** 12/22
**mechanical [1]** 1/24
**medical [1]** 9/23
**middleman [1]** 9/9

**middlemen [2]** 8/2 8/6
**minimum [4]**
**mitigating [5]**
**mobility [1]** 6/22
**Molina [3]**
**money [2]** 8/10 9/7
**months [7]**
**months' [1]** 6/6
**Mr. [33]**
**Mr. Chase [1]** 4/12
**Mr. Jaramillo [2]** 4/14 5/4
**Mr. Kreiss [3]**
**Mr. Penagos [5]**
**Mr. Renteria [22]**

**N**
**nearest [1]** 10/24
**necessary [1]** 7/5
**nine [2]** 7/2 8/7
**nine tons [1]** 8/7
**nonreporting [1]** 10/21
**nothing's [1]** 6/4

**O**
**objection [4]**
**objections [3]**
**obligated [1]** 8/20
**obligation [1]** 7/20
**offense [3]**
**office [2]** 2/5 10/25
**officer [1]** 11/4
**Official [2]** 2/11 12/25
**Olas [1]** 2/6
**opportunity [1]** 4/10
**oppose [3]**
**oranges [1]** 9/11
**order [1]** 11/2
**ordered [1]** 4/8
**organization [1]** 9/9

**P**
**P.A [1]** 2/5
**p.m [3]**
**participated [1]** 5/23
**parties [1]** 11/14
**party [1]** 11/16
**pay [1]** 11/5
**Penagos [7]**
**people [3]**
**period [1]** 10/24
**permission [1]** 10/18
**person [2]** 8/12 11/2
**place [2]** 9/8 10/10
**Plaintiff [1]** 1/8
**plea [1]** 7/15
**pleading [1]** 9/21
**pled [3]**
**point [3]**
**position [2]** 5/24 12/8
**possess [2]** 4/4 10/14
**possessing [1]** 10/13
**predicament [1]** 8/20
**present [1]** 3/14
**Presentence [5]**

**P**

**presumptuous [1]** 7/18
**prison [2]** 10/10 10/10
**Prisons [2]** 12/6 12/12
**probation [2]** 10/25 11/4
**problems [3]**
**proceedings [3]**
**produced [1]** 1/25
**program [1]** 8/18
**prohibited [1]** 10/13
**promote [2]** 7/6 10/6
**properly [1]** 3/23
**property [1]** 11/3
**prosecute [1]** 11/10
**prosecutor [1]** 5/22
**protect [1]** 7/7
**provided [1]** 7/23
**public [1]** 7/7
**pursuant [2]** 12/4 12/21

**Q**

**qualified [1]** 3/19
**quickly [1]** 6/2

**R**

**range [2]** 5/8 6/5
**read [1]** 4/18
**received [1]** 4/8
**recommend [2]** 12/5 12/13
**recommendation [1]** 12/3
**recommending [1]** 8/4
**record [3]**
**recorded [1]** 1/24
**records [1]** 7/13
**reduction [1]** 8/4
**reenter [2]** 10/17 10/23
**reflect [1]** 7/5
**release [6]**
**remainder [1]** 10/20
**remorseful [1]** 5/22
**removed [3]**
**RENTERIA [24]**
**report [6]**
**Reporter [3]**
**represent [1]** 11/11
**request [1]** 12/2
**resolve [1]** 6/2
**respectfully [2]** 6/13 12/2
**responsibility [1]** 6/3
**result [1]** 6/19
**review [1]** 4/10
**reviewed [1]** 4/9
**rising [1]** 9/25
**RMR [2]** 2/10 12/24
**RMR-CRR [1]** 12/24
**Room [1]** 2/12

**S**

**Salopek [3]**
**satisfaction [1]** 4/20
**SE [1]** 2/9
**search [1]** 11/2
**Secretary [1]** 10/18
**Section [2]** 9/19 12/21

**Section 3553 [1]** 9/19
**Security [1]** 10/19
**sentence [13]**
**sentenced [4]**
**sentencing [5]**
**seriousness [1]** 7/6
**served [1]** 12/12
**shall [4]**
**sic [1]** 7/15
**six tons [4]**
**source [1]** 8/8
**SOUTHERN [1]** 1/2
**special [2]** 10/16 11/6
**standard [1]** 10/15
**state [1]** 8/4
**STATES [14]**
**States vs [1]** 3/4
**status [1]** 8/17
**stenography [1]** 1/24
**stipulation [1]** 3/18
**stomach [1]** 6/18
**subject [1]** 4/6
**submarine [3]**
**submarines [2]** 6/8 7/23
**submersible [1]** 6/8
**submit [1]** 11/2
**substances [1]** 10/15
**substantial [1]** 9/24
**suffered [1]** 6/19
**suffers [1]** 6/17
**sufficient [3]**
**Suite [1]** 2/6
**supervised [6]**
**supervision [1]** 7/22
**suppliers [1]** 9/10
**sustain [1]** 5/6
**system [1]** 3/17

**T**

**take [4]**
**tell [1]** 8/20
**ten years [1]** 7/4
**term [1]** 6/15
**Thank [2]** 12/15 12/17
**think [4]**
**time [3]**
**title [2]** 8/13 12/21
**tons [5]**
**trafficking [1]** 9/8
**transactions [1]** 6/9
**transcript [3]**
**translated [1]** 4/19
**transporting [1]** 6/8
**triggered [1]** 9/14
**true [1]** 12/21
**tuberculosis [1]** 6/19
**twenty [1]** 9/14
**twenty months [1]** 9/14

**U**

**U.S [1]** 2/2
**U.S. [1]** 12/4
**U.S. Code [1]** 12/4
**ulcers [1]** 6/18

**understand [2]** 3/25 8/19
**UNITED [14]**
**unwarranted [2]** 7/12 8/24
**us [1]** 5/7
**Utilizing [1]** 3/16

**V**

**variance [3]**
**vessel [1]** 4/6

**W**

**waive [1]** 11/5
**weigh [1]** 10/4
**William [1]** 1/16
**working [1]** 3/22
**worth [1]** 12/13
**WPD [1]** 1/4
**written [1]** 10/18

**Y**

**youth [2]** 5/20 5/21